E-FILED
Tuesday, 07 December, 2004  01:45:05 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| RENEE M. RAWLINGS, | ) | 04- **04-2275** |
| Plaintiff, | ) | |
| | ) | Jury Trial Demand |
| vs. | ) | |
| | ) | **FILED** |
| ARS NATIONAL SERVICES, INC., | ) | |
| a California corporation, | ) | DEC 07 2004 |
| | ) | JOHN M. WATERS, Clerk |
| Defendant. | ) | U.S. DISTRICT COURT |
| | | CENTRAL DISTRICT OF ILLINOIS |
| | | URBANA, IL |

## COMPLAINT

### PRELIMINARY STATEMENT

1. This action seeks redress for the illegal practices of defendant in connection with the collection of debts. The Complaint alleges that the defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") entitling plaintiff to relief.

### JURISDICTION

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (general federal question jurisdiction) and 15 U.S.C. § 1692k (Fair Debt Collection Practices Act).

### PARTIES

3. Plaintiff, Renne M. Rawlings, is an individual who resides in Mattoon, Coles County, Illinois.

4. Defendant, ARS National Services, Inc., is a corporation organized under the laws of the State of California with a place of business located at 3225 N. Central Avenue, Suite 801, Phoenix, AZ 85012.

5. Defendant ARS National Services, Inc. is a "debt collector" as defined by Section 803(6) of the FDCPA, 15 U.S.C. section 1692a(5).

6. In 2001 and 2002, Plaintiff Renee M. Rawlings was a victim of identity theft. Her roommate, Katherine Morgason, forged her name to credit card applications. One of those credit cards was issued by Capital One Services, Inc.

7. In November of 2002, Plaintiff Renee M. Rawlings reported the identity theft to Capital One Services, Inc.

8. On November 20, 2002, Plaintiff received a letter from Capital One acknowledging and rejecting her report. A copy of the letter is attached hereto and incorporated herein by reference as Exhibit A.

9. Sometime prior to October 13, 2004, Capital One Services, Inc. placed the account with Defendant ARS National Services, Inc. for collection.

10. On October 13, 2004, Defendant ARS National Services, Inc. sent a debt collection letter to Plaintiff Renee M. Rawlings. A copy of that letter is attached hereto and incorporated herein by reference as Exhibit B.

11. Plaintiff Renee M. Rawlings is not obligated to Capital One.

12. Defendant ARS National Services, Inc. violated Sections 1692e, 1692e(2), and 1692e(9) of the Fair Debt Collection Practices Act when it sent Plaintiff a debt collection letter and made telephone calls falsely implying that she is obligated to pay the debt.

13. As a result of Defendant's conduct, Plaintiff suffered actual damages.

WHEREFORE, Plaintiff Renee M. Rawlings requests that the Court enter judgment in her favor and against Defendant ARS National Services, Inc. for: (a) actual and statutory damages, (b) attorney's fees, litigation expenses and costs, and (c) such other or further relief as the Court deems appropriate.

RENEE M. RAWLINGS, Plaintiff

Dated: December 6, 2004

By: s/ Roy Jackson Dent
Roy Jackson Dent Bar Number 6255835
BRANKEY & SMITH, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:    (217) 345-6232
Email: rdent@brankeysmithpc.com
Attorneys for Plaintiff

3

# Capital One
## FRAUD DEPARTMENT

Capital One Associate responsible for your case:

Curt M.
**Phone:**
1-800-215-1921
ext. 407-7017
**Fax:**
1-800-416-9712*

*Information sent by fax cannot be guaranteed privacy.

RENEE M RAWINGS
P O BOX 291
MATTOON IL 61938

RE: 529115210707 3526

11/20/2002

Dear RENEE M RAWINGS:

Thank you for your assistance with our recent fraud investigation. After an extensive investigation, our records show that the credit card and PIN were sent to your address. In addition, the credit card was activated from your home phone number of 217-235-9699.

Because of our findings, you will see a charge of $699.35 on your next billing statement as a fraud adjustment.

You may dispute these findings by sending us your request in writing, along with a copy of your driver's license. Because of the nature of your fraud claim, we also request that you file a police report with your local law enforcement agency.

If you have questions or concerns, please feel free to call us at 1-800-215-1921, ext. 407-7017. Thank you for your cooperation in this matter.

Sincerely,

Curt M.
Fraud Department
Phone # 1-800-215-1921, ext. 407-7017
Fax # 1-800-416-9712*

For more information on credit card fraud, please visit our Web site at www.capitalone.com/fraud.

Hours of operation
Monday - Friday
8 am - 8 pm ET

**EXHIBIT A**

0504-FRAUD/2

CP653T - 6673577 - 13956670    ARS 2991
PO BOX 19720
IRVINE, CA 92623-9720

Address Service Requested

October 13, 2004

#BWNHPGX
#139566707#                    04152004
RENEE M RAWLINGS
811 PRAIRIE HILL RD
SOUTH BELOIT, IL 61080-2519

**ASSOCIATED RECOVERY SYSTEMS**
A DIVISION OF ARS NATIONAL SERVICES, INC.
3225 N. Central Avenue, Suite 801
Phoenix, AZ 85012
(602) 230-0700;  Fax: (866) 422-0765
**(888) 238-8232**
www.payars.com

**ACCOUNT IDENTIFICATION**
Re: CAPITAL ONE SERVICES, INC.
Account: 5291152266832928
Balance: $1361.95

**SETTLEMENT OFFER**

Dear Sir/Madam:

Our client CAPITAL ONE SERVICES, INC. has authorized Associated Recovery Systems to accept $721.83 as settlement of the above-referenced account. To take advantage of this offer, your payment must reach this office by 11-02-2004.

Upon receipt of cleared funds, Associated Recovery Systems and our client will consider this account paid by settlement. We will issue a release letter stating this account is settled with no further obligation due. The national credit bureaus – Trans Union, Equifax and Experian - will be updated by our client to reflect a paid by settlement status.

To ensure the settlement is received by the indicated due date, Associated Recovery Systems offers "Quick Check" by phone, Western Union "Quick Collect" (Code City: Coyote, Arizona), Moneygram "Express Payment" (Receive Code: 2639), or you can make your payment online at www.payars.com.

Contact the representative below at (888) 238-8232. Our office hours are Monday through Friday, 6:30 a.m. to 8:00 p.m. (MST).

Sincerely,

Kuray Medrano
Account Representative

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

---------------------------------Detach And Return With Payment---------------------------------

CP653T - 6673577
Account:  5291152266832928
Amount Enclosed: $_____

Enclosing this coupon with your payment will expedite credit to your account.

Make your check or money order payable to:

ASSOCIATED RECOVERY SYSTEMS
PO BOX 469047
ESCONDIDO CA 92046-9047

Print address/phone changes below or call (888) 238-8232.

Home (   ) _____
Work (   ) _____

**NOTICE OF ELECTRONIC CHECK PROCESSING:**

We reserve the right to process checks electronically by transmitting the routing, account, and check number to the bank. By submitting a check, you authorize us to initiate an electronic debit from your account. A returned check may be collected electronically if it is returned for insufficient funds.

EXHIBIT
B

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**
DEC 07 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## I. (a) PLAINTIFFS
Renee M. Rawlings

## DEFENDANTS
ARS National Services, Inc.

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Roy Jackson Dent
BRANKEY & SMITH, P.C.
622 Jackson Avenue
Charleston, IL 61920
(217) 345-6222   Fax: (217) 345-6232

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- x 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | PERSONAL PROPERTY | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | LABOR | SOCIAL SECURITY | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff | Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | 26 USC 7609 | x 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- x 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Fair Debt Collections Practices Act

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Unspecified
CHECK YES only if demanded in complaint:
JURY DEMAND:  X Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE December 6, 2004
SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY