UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| RENEE M. RAWLINGS, | ) | |
| | ) | 04-2275 |
| Plaintiff, | ) | |
| | ) | Jury Trial Demand |
| vs. | ) | |
| | ) | Judge Michael P. McCuskey |
| ARS NATIONAL SERVICES, INC., | ) | |
| a California corporation, | ) | Magistrate Judge David G. Bernthal |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff Renee M. Rawlings and Defendant ARS National Services, Inc., by and through their attorneys, having compromised and settled their claims against each other, hereby stipulate and agree as follows:

1. That all claims between Plaintiff Renee M. Rawlings and Defendant ARS National Services, Inc. made in this case be dismissed with prejudice; and

2. That each party to this Stipulation bear its own costs, expenses, and fees.

Dated: January 31, 2005.

| RENEE M. RAWLINGS | | ARS NATIONAL SERVICES, INC. |
|---|---|---|
| By: s/ Roy Jackson Dent | By: | s/ David L. Hartsell |
| Roy Jackson Dent | | David L. Hartsell |
| Bar Number 6225583 | | Bar Number 6192380 |
| Brankey & Smith, P.C. | | McGuire Woods, LLP |
| 622 Jackson Avenue | | 77 West Wacker Dr., Suite 4100 |
| Charleston, IL 61920 | | Chicago, IL 60601-1815 |
| Telephone: (217) 345-6222 | | Telephone: (312) 849-8100 |
| Facsimile: (217) 345-6232 | | Facsimile: (312) 849-3690 |
| rdent@brankeysmithpc.com | | dhartsell@mcguirewoods.com |